IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-231-FDW-DCK

| DEANA SHENECE BURGESS, | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | ) |  |
|  | ) |  |
| **Defendant**. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Frederick T. Smith, concerning Esther Slater McDonald, on January 4, 2023. Esther Slater McDonald seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Esther Slater McDonald is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: January 4, 2023

David C. Keesler
United States Magistrate Judge