IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-231-FDW-DCK

| | |
|---|---|
| DEANA SHENECE BURGESS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Dawn McGraw, concerning Sylvia Bolos, on January 5, 2023. Sylvia Bolos seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Sylvia Bolos is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 5, 2023

David C. Keesler
United States Magistrate Judge