# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**Civil No.** 3:22-cv-00231-FDW-DCK

| | |
|---|---|
| DeAna Shenece Burgess, Plaintiff, | )<br>)<br>)<br>)<br>) **NOTICE OF SETTLEMENT**<br>) |
| v. | )<br>) |
| First Advantage Background Services Corp., Defendant. | )<br>) |

**NOTICE IS HEREBY GIVEN** that Plaintiff DeAna Shenece Burgess and sole Defendant First Advantage Background Services Corp. ("First Advantage"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal papers within the next forty-five (45) days. Plaintiff requests the Court vacate all deadlines in this matter.

Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted,

Dated: January 18, 2023,

>THE CONSUMER JUSTICE LAW FIRM
>*/s/ James Ristvedt*
>James Ristvedt, AZ Bar #035938
>8245 N. 85th Way
>Scottsdale, AZ 85258
>E: jristvedt@cjl.law
>T: (480) 626-1956

THE CONSUMER JUSTICE LAW FIRM
Sylvia Bolos, Bar No. 78715
8245 N. 85th Way
Scottsdale, AZ 85258
E: sbolos@cjl.law
T: (718) 701-3106

Dawn McCraw
North Carolina Bar No. 54714
Local Counsel
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5585
F: (818) 600-5485
E: dawn@pricelawgroup.com

*Attorneys for Plaintiff*
*DeAna Shenece Burgess*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Nataly Clark*