IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-231-FDW-DCK

| | |
|---|---|
| DEANA SHENECE BURGESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FIRST ADVANTAGE BACKGROUND ) | |
| SERVICES CORP., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Notice Of Settlement" (Document No. 19) filed January 18, 2023. The Court commends counsel and the parties for their efforts in resolving this matter.

The undersigned notes that the parties have indicated they may need forty-five (45) days to finalize their settlement documents. In this instance, the Court will allow the parties extra time to file a Stipulation of Dismissal.

In the interests of efficient case management and judicial economy, the undersigned will deny "Plaintiff's Motion To Quash…" (Document No. 14) as moot. This denial is without prejudice to Plaintiff filing a similar motion later if the settlement is not finalized as expected.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **March 3, 2023**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion To Quash…" (Document No. 14) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: January 25, 2023

David C. Keesler
United States Magistrate Judge