# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Case No. 3:22-cv-00231-FDW-DCK

DEANA SHENECE BURGESS,

    Plaintiff,

v.

FIRST ADVANTAGE BACKGROUND SERVICES CORP.,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff DeAna Shenece Burgess and Defendant First Advantage Background Services Corp., by and through undersigned counsel, hereby stipulate that this action be dismissed with prejudice.

Respectfully submitted this 8th day of February 2023,

| DEANA SHENECE BURGESS | FIRST ADVANTAGE BACKGROUND SERVICES CORP. |
|---|---|
| /s/Dawn McCraw<br>Dawn McCraw<br>North Carolina Bar No. 54714<br>James Rivstedt*<br>Sylvia Bolos*<br>Attorneys for Plaintiff<br>CONSUMER ATTORNEYS PLC<br>8245 N. 85th Way<br>Scottsdale, Arizona 85258<br>Telephone: (818) 600-5585<br>Facsimile: (818) 600-5485<br>E-mail: dmccraw@consumerattorneys.com<br>E-mail: jristvedt@consumerattorneys.com<br>E-mail: sbolos@consumerattorneys.com<br><br>*Admitted *pro hac vice* | /s/ Esther Slater McDonald<br>Frederick T. Smith<br>North Carolina Bar No. 45229<br>Attorney for Defendant<br>SEYFARTH SHAW LLP<br>121 West Trade Street, Suite 2020<br>Charlotte, North Carolina 28202<br>Telephone: (704) 925-6023<br>Facsimile: (704) 559-2425<br>E-mail: fsmith@seyfarth.com<br><br>Esther Slater McDonald*<br>Attorney for Defendant<br>SEYFARTH SHAW LLP<br>1075 Peachtree Street, N.E., Suite 2500<br>Atlanta, Georgia 30309<br>Telephone: (404) 885-1500<br>Facsimile: (404) 892-7056<br>E-mail: emcdonald@seyfarth.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Nataly Clark*